CAUSE NO. E-0194248

| | | |
|---|---|---|
| ROY LEGER | § | IN THE DISTRICT COURT OF |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | JEFFERSON COUNTY, TEXAS |
| | § | |
| RIVERS EDGE TREESTANDS, INC. | § | |
| | § | |
| *Defendant*. | § | 172ND JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE TO THE DISTRICT CLERK OF FILING OF NOTICE OF REMOVAL

TO: HONORABLE JUDGE DONALD J. FLOYD
Jefferson County District Clerk
1001 Pearl Street, Room 203
Beaumont, Texas 77701

Please take notice that Defendant Rivers Edge Treestands, Inc. have filed in the United States District Court for the Eastern District of Texas, Beaumont Division, a notice of removal of the cause styled: Cause Number E-0194248; *Roy Leger v. Rivers Edge Treestands, Inc.*, originally filed in the 172nd Judicial District Court of Jefferson County, Texas and said cause is being removed to the United States District Court for the Eastern District of Texas, Beaumont Division, and that a true and correct copy of the Notice of Removal is being filed with the Clerk of the 172nd Judicial District Court. Pursuant to 28 U.S.C. § 1446(d) the State Court shall proceed no further, unless the cause is remanded.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
WILLIAM R. MOYE
State Bar No. 24027553
ANDREW J. MCCLUGGAGE
State Bar No. 24065708
One Riverway, Suite 1600
Houston, Texas  77056
(713) 403-8210; Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing document has been sent to all known counsel of record and/or parties of record pursuant to the Texas Rules of Civil Procedure on the 22nd day of May, 2013.

***Via Facsimile***
Tommy L. Yeates
MOORE, LANDREY, LLP
390 Park Street, Suite 500
Beaumont, Texas 77701
***Counsel for Plaintiff***

                                                  WILLIAM R. MOYE
                                                ANDREW J. MCCLUGGAGE