IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| **ROY LEGER** | § | |
| | § | |
| | § | 1:13-CV-326 |
| | § | |
| **RIVERS EDGE TREESTANDS, INC.** | § | |

**ORDER OF PARTIAL DISMISSAL**

Pending before the court are the following motions: the "Joint Motion for Dismissal of Defendant Taizhou Janwill International, Inc." (Doc. No. 57) filed by the Plaintiff and Defendant Taizhou Janwill International, Inc. and the "Joint Motion to Dismiss Defendant Rivers Edge Treestands, Inc." (Doc. No. 61) filed by the Plaintiff and Defendant Rivers Edge Treestands, Inc. Both motions are accepted. Accordingly, the claims against Defendants Rivers Edge Treestands, Inc. and Taizhou Janwill International, Inc. are dismissed with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement.

So **ORDERED** and **SIGNED** this **31** day of **July, 2015.**

_____
Ron Clark, United States District Judge