**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **ROY LEGER** | § | |
| | § | |
| **v.** | § | **NO. 1:13-CV-326** |
| | § | |
| **RIVERS EDGE TREE STANDS, INC.** | § | |
| | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters pursuant to General Order 72-1. The Court has received and considered the report (Docket No. 68) of the magistrate judge, who recommends that the court grant Plaintiff Roy Leger's "Motion for Default Judgment" (Doc. No. 55). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed.

.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 68) is **ADOPTED**; and Leger's "Motion for Default Judgment" (Doc. No. 55) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **8** day of **March, 2016.**

_____
Ron Clark, United States District Judge