**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ROY LEGER** | § | |
| | § | |
| **v.** | § | **NO. 1:13-CV-326** |
| | § | |
| **RIVER'S EDGE TREESTANDS, INC** | § | |

## FINAL JUDGMENT

Having granted the Plaintiff's "Motion for Default Judgment" (Doc. No. 55), judgment is entered against Silver Green Tour Products Co., Ltd. and Silver Green Import & Export Co., Ltd. in the amount of **$300,000**. Pre-judgment and post-judgment interest shall be calculated according to the specifications in the report and recommendation of the magistrate judge. (Doc. No. 68, 10–12.) All remaining motions are denied as moot, and the Clerk of Court is directed to close this case.

THIS IS A FINAL JUDGMENT.

So **ORDERED** and **SIGNED** this 8 day of **March, 2016.**

_____
Ron Clark, United States District Judge